TOWN OF WALLINGFORD *v.* GLEN VALLEY
ASSOCIATES, INC., ET AL.
(2864)

BORDEN, DALY and KULAWIZ, Js.

Argued April 25—decision released May 21, 1985

*Raphael Korff,* for the appellant (named defendant).

*John F. Mezzanotte,* with whom, on the brief, was *Walter R. Kusak,* for the appellee (plaintiff).

PER CURIAM. The court did not abuse its discretion in refusing to open the judgment and extend the law days.

There is no error; the case, however, must be remanded with direction to modify the judgment by fixing new law days.